Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Eric Brooker,       
Appellant.
 
 
 

Appeal From Allendale County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2003-UP-349
Submitted March 26, 2003  Filed May 
 20, 2003

AFFIRMED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and 
 Solicitor Randolph  Murdaugh, III, of Hampton; for Respondent.
 
 
 

PER CURIAM:   Appellant, Eric Brooker, was 
 indicted for murder, attempted armed robbery, and assault and battery with intent 
 to kill.  He was acquitted of murder and attempted armed robbery, but was convicted 
 of assault and battery with intent to kill.  The trial judge sentenced Brooker 
 to seventeen years imprisonment.  On appeal, Brooker contends the trial judge 
 erred by refusing to direct a verdict reducing assault and battery with intent 
 to kill to assault and battery of a high and aggravated nature where the States 
 evidence showed only that appellant placed a gun to the victims head and attempted 
 to pull her from a car.  We affirm pursuant to Rule 220(b)(2), SCACR and the 
 following authorities:  State v. Kennerly, 231 S.C. 442, 455, 503 S.E.2d 
 214, 221 (Ct. App. 1998) (in reviewing a denial of directed verdict, issues 
 not raised to the trial court in support of the directed verdict motion are 
 not preserved for appellate review); State v. King, 334 S.C. 504, 510, 
 514 S.E.2d 578, 581 (1999) (to preserve an issue for appellate review, the objection 
 must be timely made, which usually requires it be made at the earliest possible 
 opportunity; an issue may not be raised for the first time in a motion for a 
 new trial); State v. Huggins, 336 S.C. 200, 205, 519 S.E.2d 574, 576 
 (1999) (it is well settled that issues may not be raised for the first time 
 on appeal).
AFFIRMED.
GOOLSBY, ANDERSON and HUFF, JJ. concur.